ASKEY & HAGER, INC., Respondent, *v.* THE STATE OF NEW YORK, Appellant. (Claim No. 19016.)

(Argued January 21, 1935; decided February 26, 1935.)

*John J. Bennett, Jr., Attorney-General (Leon M. Layden* and *DeWitt Clinton* of counsel), for appellant.

*Elmer C. Pagel* and *Charles C. Page* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.